**FILED**

AO 91 (REV.5/85) Criminal Complaint

MAR 12 2008

March 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AUSA Renai S. Rodney 312-353-4064

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SAMER NATOUR

MAGISTRATE JUDGE ASHMAN

**CRIMINAL COMPLAINT**

CASE NUMBER 08CR 212

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about December 12, 2007, at Lombard, in the Northern District of Illinois, Eastern Division, SAMER NATOUR, defendant herein,

> knowingly made and caused to be made a false statement to Equity Mortgage, a financial institution the accounts of which were then insured by the Federal Deposit Insurance Corporation, for the purpose of influencing Equity Mortgage in approving a mortgage application, by submitting to the bank a mortgage application which falsely stated that defendant SAMER NATOUR had $285,000 in a checking account at Charter One Bank, when, in fact, as defendant SAMER NATOUR well knew, he did not have $285,000 in a checking account at Charter One Bank;

in violation of Title 18, United States Code, Section 1014. I further state that I am a Special Agent with the United States Secret Service and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

_____
Signature of Complainant
SAMIR PATEL
Special Agent, United States Secret Service

Sworn to before me and subscribed in my presence,

MARCH 12, 2008                          at   Chicago, Illinois
Date                                          City and State


MARTIN C. ASHMAN, U.S. Magistrate Judge         _____
me & Title of Judicial Officer                  Signature of Judicial Officer

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

## AFFIDAVIT

I, SAMIR PATEL, state as follows:

1. I have been employed as a Special Agent with the United States Secret Service since 2005. I am currently assigned to the Chicago Field Office, Financial Crimes Squad. As part of my duties I investigate financial crimes, such as counterfeit checks, access device fraud, bank fraud, and forgery. I have received training in the areas of counterfeit checks, access devices, bank fraud, and forgery.

2. This affidavit is in support of a complaint charging SAMER NATOUR ("NATOUR") with making a false statement to a financial institution for the purpose influencing the action of the financial institution upon an application for a loan, in violation of Title 18 United States Code, Section 1014. The information in this affidavit is based on my personal knowledge, as well as information obtained from documents and the personal knowledge of other law enforcement officials. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

## DETAILS OF THE INVESTIGATION

3. According to an Equity Mortgage representative, Equity Mortgage is a financial institution, the deposits of which are insured by the Federal Deposit Insurance Corporation. According to the representative, to obtain a loan for a mortgage, Equity Mortgage requires all applicants to submit a truthful loan application and supporting documents. Among information

Equity Mortgage requires before deciding whether to loan money is the amount of money the proposed borrower has in his or bank account(s).

4.      On or about December 12, 2007, NATOUR submitted a mortgage application to Equity Mortgage which bears NATOUR's signature attesting to his understanding "that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code 1001, et seq.," and dated December 12, 2007. The application also includes a copy of NATOUR'S Illinois driver's license. In addition, NATOUR stated on his mortgage application that he had approximately $285,000 in assets at Charter One Bank, account number 4504269672. The mortgage application seeks a loan from Equity Mortgage in the amount of $417,000.00.

5.      On or about March 3, 2008, the Secret Service received information that, as part of the mortgage application, NATOUR submitted a Request for Verification of Deposit ("VOD") statement for account number 4504269672, dated February 19, 2008, and signed by an alleged Charter One employee, "Anna Mercado." According to the source of information, the VOD was submitted by NATOUR to qualify him for a $417,000.00 mortgage to purchase the property located at 1 East Schiller St., Unit #3B, Chicago, Illinois. According to the source, a representative of Charter One told him/her that the VOD statement supplied by NATOUR was never issued by Charter One and the individual that signed the verification, Anna Mercado was not a Charter One employee. The Charter One representative also told the source that NATOUR was not listed in their computer system as an account holder at Charter One Bank.

6. On or about, March 3, 2008, the affiant contacted Charter One and verified that NATOUR is not an account holder with the bank. The affiant also confirmed with Charter One that the VOD document supplied by NATOUR to Equity Mortgage was signed by an individual, Anna Mercado, who is not employed by the bank and further that NATOUR does not hold an account at Charter One, and account 4504269672 does not exist.

7. The closing for NATOUR's purchase of the property located at 1 East Schiller St., Unit #3B in Chicago will occur on Thursday, March 13, 2008 at 10:00a.m. at Chicago Title & Trust Company in Chicago.

8. Based on the foregoing, I believe there exists probable cause to believe that on February 19, 2008, SAMER NATOUR made a false statement to a financial institution to obtain money or property in violation of Title 18, United States Code, Section 1014.

**FURTHER AFFIANT SAYETH NOT**

_____
Samir Patel
Special Agent
United States Secret Service

Subscribed and sworn before me
this 12th day of March 2008.

_____
Martin C. Ashman
United States Magistrate Judge

3