

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAR 1 3 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | No. 08 CR 212
08 cr 212 |
| SAMER NATOUR | ) | Hon. Martin C. Ashman |

### GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT AND QUASH THE ARREST WARRANT

The United States, by and through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves that this Honorable Court (1) dismiss the complaint in the above captioned case against the above captioned defendant, pursuant to Federal Rule of Criminal Procedure 48(a), and (2) quash the arrest warrant issued in the above captioned case against the above captioned defendant.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By: _____
RENAI S. RODNEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4064

## CERTIFICATE OF SERVICE

I, Renai S. Rodney, hereby certify that on March 13, 2008, I caused a copy of the foregoing

**GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT AND QUASH THE ARREST WARRANT**

to be served upon the following by hand delivery:

> Daniel J. Hesler
> Federal Defender Program
> 55 E. Monroe, Suite 2800
> Chicago, IL 60603

By: *[signature]*
RENAI S. RODNEY
Assistant United States Attorney
219 S. Dearborn St.- 5th Floor
Chicago, IL 60604
312-353-4064