UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 212 |
| | ) | |
| SAMER NATOUR | ) | Hon. Martin C. Ashman |

**ORDER**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to dismiss the complaint filed in the above captioned case and quash the arrest warrant currently outstanding against Samer Natour, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED that complaint filed in this case on March 12, 2008 is dismissed, and the arrest warrant issued by this Court on March 12, 2008, against Samer Natour is quashed.

_____
Martin C. Ashman
United States Magistrate Judge

DATE: March 13, 2008